UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  Case No. 16-46063-PJS
Chapter 13
Hon. PHILLIP J. SHEFFERLY

ANDREW PAUL OZGA
        Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WILLIAM D. JOHNSON (P54823)
Attorney for Debtor
8900 E. 13 Mile Road
Warren, MI 48093
248/443-7033
_____/

# OBJECTIONS TO CONFIRMATION OF
# CHAPTER 13 PLAN OF REORGANIZATION

NOW COMES MICHIGAN FIRST CREDIT UNION, by and through its attorneys, HOLZMAN CORKERY, PLLC, and for its Objections to Confirmation of Chapter 13 Plan, states as follows:

1.    On or about April 22, 2016 the Debtor filed a voluntary Petition for Relief pursuant to 11 U.S.C. Chapter 13.

2.    At the time of filing, the Debtor was indebted to the Creditor in the amount of $6,722.07 pursuant to a Consumer Lending Plan dated January 28, 2016.

3.    Debtor filed the instant case, shortly thereafter and Creditor objects to the discharge of this debt pursuant to 11 USC 523(a).

4.    Creditor further requests documentation supporting the use of the subject loan proceeds.

WHEREFORE, MICHIGAN FIRST CREDIT UNION requests this Court to deny confirmation of the Debtor's Chapter 13 Plan.

                                      HOLZMAN CORKERY, PLLC

Dated: June 13, 2016               By:/S/ TAMARA A. WHITE (P57276)
                                      Attorney for Creditor
                                      bankruptcy@holzmanlaw.com
                                      28366 Franklin Road
                                      Southfield, MI 48034
                                      248/352-4340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                              Case No. 16-46063-PJS
                                         Chapter 13
                                         Hon. PHILLIP J. SHEFFERLY

ANDREW PAUL OZGA
                         Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WILLIAM D. JOHNSON (P54823)
Attorney for Debtor
8900 E. 13 Mile Road
Warren, MI 48093
248/443-7033
                                                                         /

## PROOF OF SERVICE

Nakiya Hamilton, hereby certifies that on 06/13/16, she filed the following documents via ECF:

- **Objection to Chapter 13 Plan of Reorganization**
  - **Proof of Service**

which served upon:

KRISPEN S. CARROLL, Trustee and WILLIAM D. JOHNSON (P54823), ESQ.

Dated: 06/13/16                         /S/ Nakiya Hamilton for
                                                 HOLZMAN CORKERY, PLLC
                                                 bankruptcy@holzmanlaw.com
                                                 28366 Franklin Road
                                                 Southfield, MI 48034
                                                 248/352-4340